EXHIBIT 1

**Annette O'Brien RNC**
Legal Nurse Consultant
2274 Dalton Drive
Cortlandt Manor, NY 10567
914-9629432
aob225@yahoo.com

June 11, 2009

Julie D. Farr
82 Columbia Street
PO Box 2339
Bangor, Maine 04402-2339

RE: Lorraine Watson

Dear Julie,

Thank you for consulting me on this case. After reviewing the medical records of Ms. Watson, it is clear to me that yes indeed she was having cramps upon arrival to the ER. She tells the admitting nurse she has been having cramps for approximately 20 hours every ten minutes and her pain was a 4 out of 10 on the scale. A small amount of bleeding was reported by the patient upon urination.

An ultrasound revealed a fetal demise. The patient and her husband were visibly upset according to the nurse's notes. The patient requested that this situation be taken care of at this time.

The patient was discharged with a narcotic prescription for pain, due to the fact that she was still in pain when leaving the hospital.

This patient was a high risk for complications since she had previously had a caesarean section in the past and now was in labor. The incidence for a ruptured uterus is higher in these patients.

Emotionally Ms. Watson was also at risk for postpartum depression because she had this condition with a previous pregnancy. Ms. Watson was sent home rather quickly after being seen and told that she had a fetal demise.

Her physical and emotional needs were not met at this visit. The outcome to Ms. Watson was less than optimum since she subsequently delivered at home. She was also having a difficult time with the grief process due to this traumatic experience. She expresses this to her physician the next day and also at her follow up visit.

Please let me know if I can be of further assistance to you.

Thank you,

*Annette O'Brien*
Annette O'Brien RNC, LNC