

# Annette O'Brien RNC, LNC
2274 Dalton Drive
Cortlandt Manor, New York 10567
Phone:(914)962-9432
Email: aob225@yahoo.com

**Education**
1971-1974

Queens Hospital Center School of Nursing
Registered Nurse Diploma

**Employment**
Current

Staff Nurse in Labor and Delivery, White Plains Hospital
Responsibilities include : Care of high and low risk pregnant patient,
Member of the Bereavement team, scrub and circulate for C/S,
Assessment of the newborn at delivery, resource nurse to new nurses,

1993-2008

Staff Nurse in Labor and Delivery, Northern Westchester Hospital
Responsibilities include: Care of the pregnant patient, precept new
Nurses, scrub and circulate for C/S, PACU, Newborn evaluation,
Bereavement Counselor, Charge Nurse, Member of Committees

Acting Manager of labor and Delivery 2005-2007
In addition to the responsibility of a full time staff nurse, I also shared the
Duties in managing a busy L & D unit. Daily staffing, making the
Schedule for day and night shift, Daily assignments, Maintain EFM,
Continue to update and implement new policies as needed, resource
For other staff members .Monthly statistics kept current for the unit,
Perinatal interdisciplinary meetings

1974-1993

Staff Nurse in Labor and Delivery, Albert Einstein Hospital
Care of the high risk and low risk pregnant patient in addition to the many
tasks listed above.

**Relevant Interests**

Legal Nurse Consultant
Review medical malpractice cases for various law firms

**Certifications**

Current         BLS, NRP,
1992 - present Inpatient Obstetrics (NCC)
2002 -present Legal Nurse Consultant
1997-present Bereavement Counselor

**Organization**

Member   AWOHNN ,AALNC