## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| LORRAINE MORIN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>EASTERN MAINE MEDICAL CENTER, )<br>)<br>Defendant ) | Civil Action No. 1:09-cv-00258 |

**DEFENDANT EASTERN MAINE MEDICAL CENTER'S LOCAL RULE 26(c) LIST OF SPECIFIC CITATIONS FOR DEFENDANT EASTERN MAINE MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE OR LIMIT THE PROPOSED EXPERT TESTIMONY OF PLAINTIFF'S EXPERT WITNESS, ANNETTE O'BRIEN WITH INCORPORATED MEMORANDA OF LAW**

NOW COMES Defendant, Eastern Maine Medical Center, by and through its attorneys and, pursuant to Local Rule of the United States District Court 26(c), hereby submits a list of specific citations to deposition transcripts and other discovery materials upon which it relies in its Motion for Summary Judgment and its Motion to Exclude or Limit the Proposed Expert Testimony of Plaintiff's Expert Witness, Annette O'Brien, with Incorporated Memoranda of Law:

**I.   Motion for Summary Judgment.**

1. Transcript of Deposition of Gregory Gimbel, pp. 10:20-23, 15:13-23, 24:12-14, 25:14-16, 28:8-16, 30:24-31:21, 32:1-12, 32:14-18, 34:6-13.

2. Transcript of Deposition of Lorraine (Watson) Morin, pp. 39:11-14, 43:14-19, 43:22-44:5, 44:4-25, 45:9-11, 55:14-15.

3. Transcript of Deposition of Annette O'Brien, 34:12-17.

4. Plaintiff's Answers to Defendant's Interrogatories, Nos. 6, 7.

**II.     Motion to Exclude Testimony of Annette O'Brien.**

1.     Transcript of Deposition of Annette O'Brien, attached thereto as Exhibit 3, pp. 11:22-12:7, 20:22-21:6, 27:1-14, 27:3-5, 27:6-8, 27:12-14, 27:20-28:11, 28:12-16, 28:19-21, 29:6-14, 30:6-14, 44:8-24, 48:19-49:4.

2.     Transcript of Deposition of Gregory Gimbel, attached thereto as Exhibit 4, 31:16-32:12.

Dated: February 19, 2010

                                          /s/ Joseph M. Bethony
                                          Joseph M. Bethony, Esq.
                                            Gross, Minsky & Mogul, P.A.
                                            23 Water Street - P.O. Box 917
                                            Bangor, ME 04402-0917
                                            Attorneys for Defendant, Eastern Maine Medical Center

Certificate of Service

I hereby certify that on the 19 day of February, 2010, I electronically filed **DEFENDANT EASTERN MAINE MEDICAL CENTER'S LOCAL RULE 26(c) LIST OF SPECIFIC CITATIONS FOR DEFENDANT EASTERN MAINE MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE OR LIMIT THE PROPOSED EXPERT TESTIMONY OF PLAINTIFF'S EXPERT WITNESS, ANNETTE O'BRIEN WITH INCORPORATED MEMORANDA OF LAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:     Arthur J. Grief and Julie D. Farr, counsel for Plaintiff, Lorraine Morin

                                            /s/ Joseph M. Bethony
                                            Joseph M. Bethony, Esq.
                                            Gross, Minsky & Mogul, P.A.
                                            23 Water Street - P.O. Box 917
                                            Bangor, ME 04402-0917
                                            Attorneys for Defendant, Eastern Maine Medical Center