UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LORRAINE MORIN, )<br>)<br>      Plaintiff )<br>)<br>v. )<br>)<br>EASTERN MAINE MEDICAL CENTER, )<br>)<br>      Defendant ) | Civil Docket No.: 1:09-cv-258 |

AFFIDAVIT OF JULIE D. FARR, ESQ.

1. My name is Julie D. Farr. I am an attorney duly licensed to practice law in the State of Maine and am co-counsel for Plaintiff Lorraine Morin in this case.

2. Attached hereto as Exhibit A is a complete, true and accurate copy of Defendant Eastern Maine Medical Center's disclosure of expert witnesses in this case. Defendant has made no further expert witness disclosures.

Dated: *3/3/10*                  */s/ Julie D. Farr*
                                                 Julie D. Farr, Esq.


STATE OF MAINE                                            March *3*, 2010
PENOBSCOT, ss.

    Then personally appeared the above-named Julie D. Farr, Esquire and made oath to the truth of the foregoing based on her personal knowledge.

                               Before me,
                                           */s/ Deborah L. Bither*
                                           Notary Public/Attorney at Law


                                           Notary: Print or Type Name
                                           My commission expires: