# GROSS, MINSKY & MOGUL, P.A.
ATTORNEYS AT LAW
23 WATER STREET, SUITE 400
P. O. BOX 917
BANGOR, ME 04402-0917
TELEPHONE (207) 942-4644
FAX (207) 942-3699

GEORGE C. SCHELLING
JOHN F. LOGAN, II
GEORGE W. KURR, JR.
EDWARD W. GOULD
STEVEN J. MOGUL

SANDRA L. ROTHERA
JAMES S. NIXON
MARIANN Z. MALAY
JOSEPH M. BETHONY

OF COUNSEL
NORMAN MINSKY
BRENT R. SLATER

EDWARD I. GROSS (1913-1999)
JULES L. MOGUL (1930-1994)

October 29, 2009

Julie D. Farr, Esq.
Gilbert & Greif
82 Columbia Street, P.O. Box 2339
Bangor, ME 04402-2339

Re: Lorraine Watson Morin v. Eastern Maine Medical Center
Docket No. 1:09-CV-258

Dear Julie:

I am writing pursuant to Fed. R. Civ. P. 26(a)(2)(A) and the Court's Scheduling Order to designate Defendant's expert witnesses in this matter. First, Defendant designates Ms. Morin's treating physicians at EMMC on July 1 and 2, 2007, Paul Reinstein, M.D., and Robert Grover, D.O. Drs. Reinstein and Grover are expected to testify about the course of treatment that each provided to Ms. Morin (and why) when they saw her at the emergency department of EMMC on July 1, 2007. In particular, Drs. Reinstein and Grover will testify that Ms. Morin was not in labor at the time, that a fetal demise (miscarriage or abortion) had occurred. Drs. Reinstein and Grover will testify that Ms. Morin was stable at the time of her discharge and that because the fetus was dead, it was neither unstable nor at risk.

Defendant also designates Gregory L. Gimbel, M.D. as an expert witness. Dr. Gimbel will testify that the care given to Ms. Morin at the emergency department at EMMC on July 1, 2007 was appropriate and reasonable under EMTALA. He will testify that Ms. Morin was afforded a complete examination, that neither she nor the fetus, since it was dead, was in danger, unstable, or otherwise at risk and that she did not need to be admitted at that time. Dr. Gimbel will testify that Ms. Morin was not in labor, that she was experiencing a miscarriage or an abortion. A copy of Dr. Gimbel's CV is enclosed. The data and other information considered by Dr. Gimbel in forming his opinions is Ms. Morin's medical records from the EMMC emergency department on July 1, 2007. At this time, I also do not expect that exhibits other than the medical records would be used as a summary of or in support of Dr. Gimbel's testimony. Dr. Gimbel's rate for his testimony in this matter is $200.00 per hour, and $1,000.00 for day for trial testimony.

**EXHIBIT**

tabbies

A

RECEIVED OCT 3 0 2009

Please contact me if you have any questions or would like to schedule any depositions.

Very truly yours,

George C. Schelling

JMB/
Enclosure
cc:     Gregory L. Gimbel, M.D.

updated?

# Curriculum Vitae

Gregory L. Gimbel, M.D.
November 7, 1996

## Personal:

**Date of Birth:** January 24, 1953; Walla Walla, Washington

**Marital Status:** Spouse-Karen; 2 children

## Education:

**Undergraduate:** Southern College, Collegedale, Tennessee, B.S., Chemistry, 1975

**Medical School:** Loma Linda University, School of Medicine, Loma Linda, California, M.D., 1978

**Internship:** Loma Linda University Medical Center, Loma Linda, California, Department of Internal Medicine, 1978-79

**Residency:** Loma Linda University Medical Center, Loma Linda, California, Department of Gynecology and Obstetrics, 1979-83

## Work Experience:

**Private Practice:** Parkview Hospital, Brunswick, Maine, Department of Obstetrics and Gynecology, 1983-Present

**Hospital Staff Membership:** Active staff, Parkview Hospital, Brunswick, Maine, 1983-Present, unrestricted privileges Obstetrics and Gynecology

**Courtesy Staff** Mid Coast Hospital, Brunswick, Maine, 1983-Present, unrestricted privileges Obstetrics and Gynecology

## Professional Affiliations:

American College of Obstetricians and Gynecologists, Junior Fellow, 1979-83
American College of Obstetricians and Gynecologists, Fellow, 1983-Present
Maine Medical Association, 1983-Present