July 16, 2007

Lorraine M. Watson
1 Grand Ave.
Millinocket, ME 04462
(207)723-4592



DEPOSITION
EXHIBIT

Attn: Pamela Gilmore MD, EMMC

I am writing this letter to inform your facility of an extreme injustice that had taken place on the night of 07/01/07 toward me and my partner.

I, at that time, had been a pt. of Dr. Gilmore's office. I had become a pt. of hers in April after I had discovered that I was pregnant. Due to the potential of being a high risk status with my recent H&P, I had felt at that time that your facility would have been my best choice for a healthy pregnancy, not only for my unborn child but also for myself.

This assumption that I had made about Dr. Gilmore's office was very accurate. Dr. Gilmore's staff and herself were very caring and professional in every aspect of my health and care.

With this said, I would like for you to know that you have an extremely poorly run facility in regards to other departments and MD's. I am specifically speaking about your ER and certain Neonatal practicians. I feel it not only necessary for you facility to know this, but imminent.

On June 30, at approximately noon, I started to present with signs and symptoms of potential labor pains. I recognized vaguely what these pains where, due to the knowledge I had acquired from two previous healthy pregnancies and one miscarriage in my medical past. I had assumed at that time that these symptoms could have been one of two things. Either they were Braxton Hicks or they were actual labor pains. I, at that time, had decided to wait a period of time to see if this S/Sx would diminish. At 0100 on 07/01 The pains had not diminished, and had become much closer together and more intense. At 0200 on 07/01 the pain had increased to 15 min. intervals. At that time I had decided to page/call the on call MD for Dr. Gilmore's office. I had then received a call at approximately 0230 from the on call MD, and had proceeded to tell person the events that had transpired earlier on in the day. I then gave that person an over view of what was currently taking place. I was told by the on call MD that I had to wait to call Dr. Gilmore's office on Monday. The reasoning given to myself was that I was only 16 weeks into the pregnancy and that there was nothing that could be done until I was 20 weeks along. I had then asked if I should go to the ER. The MD then answered by stating "I could if I felt like it."

This conversation had confused me, only because I was told earlier on by the NP in Dr. Gilmore's office that if I felt that there were any problems at all, even Heartburn, that I should call the on call MD and go the ER.

I had decided after speaking with my spouse, at approximately 0300, that I should follow through with what the NP in Dr. Gilmore's office had said. We then drove to the ER at EMMC in Bangor from Millinocket where we live. Around 0430 we arrived at EMMC and I was admitted into the ED.

After my initial interview by the RN, I was seen by Dr. Reinstein. He did a brief verbal assesment, then an ultrasound. During the ultrasound Dr. Reinstien announced that the baby was

dead. Dr.Reinstien then spoke with my spouse and me, for a few minutes. During this conversation I requested to speak with whomever was available or on call for Dr. Gilmore's office. Dr.Reinstien then left the room. After a brief period of time Dr. Robert Grover entered the room. Dr. Grover proceeded to do another brief verbal Assement and another ultrasound. After a few minutes Dr. Grover confirmed that the baby was dead and proceeded to do a physical exam of my cervix. After the exam my spouse had asked what we were to do next. Dr. Grover then stated that the fetus was only 16 weeks along and that we were to go home and call Dr. Gilmore's office on Monday. I then discussed with him potential procedures that he could do in order for the baby to be delivered there at the hospital. Dr. Grover stated that there was a surgical procedure and a DNC that would normally be done, but due to my cervix not dilating enough , niether of these was an option. My spouse had then asked to see Dr. Gilmore. Dr. Grover stated that Dr. Gilmore was unavailable, and reiterated that we needed to call her office on Monday because there was nothing that he could do.

Due to the absolute shock of having my baby die, I hadn't any other questions. Dr. Grover then stated that I could get dressed and that he was going to have my discharge ready momentarily. Dr. Grover then left the room. After Dr. Grover had left the room, my spouse and I started to become extremely emotional and distraught over what we were going to do. We discussed our fears of something going horribly wrong. We were extremely worried about potential bleeding and complications that could happen with my leaving the hospital. These worries in combination with the recent news of ours baby's death, compelled us to want to know more about what we were to do from that moment on. After a short period of time, the admitting RN entered the room with my discharge instruction along with a prescription for Tylenol 3 with codeine. When she entered, I had asked her to have Dr. Grover Come back into the room so that he could clarify what was I was supposed to do. I told the RN that I couldn't go home and have this dead baby on my own and explained my fears and concerns with her. She then stated that she would go talk with the Dr. To see what could be done. The RN then left the room and after a few more minutes Dr. Reinstein entered the room. I had told him that I couldn't go home like this and that something needed to be done today. Dr. Reinstein then stated that he had spoken to Dr. Grover and Dr. Grover had stated that I would be fine until Monday. Dr. Reinstien also stated that Dr. Grover did not feel it necessary to admit me. I then asked Dr. Reinstein what I was to do if this child is born before Monday. Dr. Reinstein stated that we were to dispose of the tissue when it passes and call the ED if there are any problems. Dr. Reinstein then reiterated that I needed to call Dr. Gilmore's office on Monday and that there was nothing more that they could do. Dr. Reinstein then left the room and the RN reentered with my discharge instructions. After the instructions were given to me, I dressed and my spouse and I left the ED.

Later on in the afternoon my labor pains became more intense. My spouse and I discussed calling the ED. We had decided that since EMMC was 1hr away and that there was nothing that they would do to help us, to not bother calling at that time.

At around 2100 on 07/01 I had then given birth at my home. The baby was then placed in a box, because to just dispose of a baby is inconceivable to me. I then continued to bleed continuously throughout the night.

On Monday 07/02 at 0800, I called Dr. Gilmore's office and explained what had happened. I was told to come to her office as soon as possible with the baby. I then drove back to EMMC to Dr. Gilmore's office, where I was seen as soon as I arrived. I had then given the deceased baby to the RN and spoke with Dr. Gilmore. Soon after speaking with her, I was

scheduled for an emergency DNC in order to remove the remaining fetal tissue that was left in my uterus causing the excessive bleeding.

I had written the first part of this letter with the intention of giving you only the facts as they arose. I intentionally left out any pain or emotion in order for you to have a clear understanding of just the details of the situation as they arose.

I would like to say first that Dr. Gilmore and her staff have been wonderful. Should all of the Departments at EMMC be run similar to hers then this letter would not have been written, because the events would not have transpired as they did .

My intentions at this point in this letter are to transcribe to you what my feelings were through out these events, in order to give you a more personalized understanding of what I was feeling though out this nightmare. I would like for the reader for just a moment understand the thoughts, pain and horror that I went through , due to lack of caring provided to myself by the ED MD and Dr. Grover.

When I entered the ED, my pain was excruciating and the fear was intense. As many women know, contractions that coexist with labor can be the most excruciating pain know to a person. When I was asked about my pain level during my initial interview, I had told the RN and the ED MD that my pain was a 7/10 that fluctuated with intensity according to how far apart the contractions were. I was given nothing to console any part of my hurt, neither physical nor mental. There are many things in the medical world that can not be controlled, but pain is certainly something that can be controlled.

On top of the physical pain, you have to imagine the mental anguish that was tearing me apart. Can you for one moment picture your wife, self, daughter or any women that you care about being told not only that your baby is dead and to go home, but also that there was nothing that a hospital could do to assist you in your moment of need? Can you fathom even for a moment being told to just go home and if the baby passes just dispose of it. The confusion and heartache that were raging through my mind from this statement alone has created a total mistrust in your medical facility.

I would like for you, for one instant, to imagine the torment that I went through caused by my baby's death, then add the knowledge that there is no one to help you through this heart wrenching time. Picture being told to just go home, you are on your own, and there is nothing that the Dr. at that hospital will do to help you, because he didn't feel it necessary at the time you asked for help . Can you for one instant picture the unspeakable scene that transpired throughout the night as I was being torn apart by the gut wrenching, ripping and burning labor pain of the contractions? On top of the physical pain, I would like you to picture the emotional pain of knowing that you are about to give birth to your dead child in your bathroom, on the cold hard tiles, and the only one that was going to help me was my spouse, whom by the way was sitting by my side the whole time crying because of his fear that I was going to bleed to death and die. Could you for an instant vision in your mind what I went thought as I was on my hands and knees in my bathroom on the cold tiles giving birth to my dead son? Can you possibly imagine holding your baby in your hand as you are on the floor, wondering why no one would help you, even if only for a few hours. I would like to know why your facility and those Dr.'s were not only unwilling to help, but insitant that I was to leave so that they wouldn't have to bother with treating me. I would have been happy, just sitting in the ED room for a few hours to make sure that , if nothing else, I didn't emotionally break and go off the deep end? No your hospital

couldn't even do that much for me.

Can you for one moment picture picking up your dead son and putting him in a box wondering how you were supposed to dispose of him? What does that even mean, dispose of him. Was I to put him in the trash, maybe in the closest dumpster that was around? Those were the instructions given to me by your MD's.

I want you to visualize sitting up all night waiting for your Dr.'s office to open up so that maybe there is a chance that someone would tell you what to do. Picture waiting all night hoping for any answer as to how you can possibly take this little baby that was the size of my hand, with little fingers and toes, with genitalia that showed that this was your son and dispose of it. Can you possibly begin to feel what I was feeling as I sat up all night wondering when I was going to stop bleeding, hoping that I would be all right? Can you even begin to comprehend the emotions that had ripped through me that night because your facility didn't want to deal with it, for whatever reason?

I would like you, to stop and picture yourself in the position that I was placed in. I would like for you to literally picture your wife, your daughter or even your self being on your hands and knees delivering a child in a bathroom on the cold hard floor, because the hospital that you trusted told you that you were to go home because there was nothing that they could do. Then when you go into labor and deliver your dead child, to just dispose of it.

I truly hope you do see what I see in my mind now every time I try to sleep. I hope you can picture the horror that I faced and am still facing, like a movie being played over and over in my mind. I truly want you to see these images in your mind, that way you will understand what I went through.

I would like for you to realize that this grotesque behavior happens quite often to people by your facility. I have discovered that it is your facility's policy to send women home with premature labor prior to 20 weeks gestation. It is your facility's policy to send women home on their own to deal with this torment. You may think that this policy saves your facility money, but all it really does is condones the irrational, inhumane and irresponsable behavior of certain Dr.'s with no moral or ethical values. How dare you justify the inhumane behavior of your doctors by allowing them to send women off as if they are so much as a head of cattle to drop a dead fetus in a field, with a policy like this. I understand that in the medical practice one must remove themselves at times emotionally from situations in order to properly perform their jobs. This should not give your facility the right to brutally torment individuals by sending them home when they are in need.

I would suggest that you reevaluate this treatment method, and I would also like for you to reevaluate the standing of the MD's that saw me in the ED. Even when your policy stands as it does, it was not only unspeakable for them to turn their backs on me when I was in need, it was potentially life threatening. They did not stop for even an instant to contemplate the consequences of their actions. If these highly educated individuals had comprehended for an instant that I would be giving birth on my own and could potentially bleed to death in my own home then that means that they didn't care and didn't want to deal with it.

These doctors may say that they had no definite way to know the out come. They certainly gave me the impression that they don't want to know. They absolutely showed that they don't care. To this I would say to not know is bad, to not want to know is worse but to not care is unforgivable.

I hope that you understand that at some point you or someone you love may be faced

with a situation similar to this someday. Do you really want for them to go through the same scenario that I went through. The only way that this can change is by making the conscious choice to change it. That is were I certainly hope that someone steps up , so that nothing like this ever happens again to anyone for any reason.

If you feel that some of these events may be in question, feel free to review my ED records on the date of 07/01/07-07/02/07, pt. ID #141959, DOB 03/08/74.

I would like to thank you for your time, and hope that you consider my request substantial enough to take action upon.

Sincerely,<br>
Lorraine M. Watson

cc:
Patient relations, EMMC

Dr. Jim Raczek MD

Dr. Luanne Beauchamp MD

Dr. Pamela Gilmore MD

Debbie Carey-Johnson :CEO EMMC