UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2010 OCT 20  P 10: 00

BY_____
      DEPUTY CLERK

| | |
|---|---|
| LORRAINE MORIN, | ) |
| Plaintiff, | ) |
| v. | ) CV-09-258-B-W |
| EASTERN MAINE MEDICAL CENTER, | ) |
| Defendant. | ) |

### VERDICT FORM

1.  Has Plaintiff Lorraine Morin proved by a preponderance of the evidence that Defendant Eastern Maine Medical Center violated the Emergency Medical Treatment and Active Labor Act ("EMTALA")?

    YES __✓__    NO _____

If the answer to question no.1 is "No," you have reached a verdict in favor of EMMC. Please answer no further questions and inform the court officer. If the answer to question no. 1 is "Yes," please answer question no. 2.

2.  Did EMMC's violation of EMTALA directly cause Ms. Morin to suffer personal harm?

    YES __✓__    NO _____

If the answer to question no. 2 is "No," you have reached a verdict in favor of EMMC. Please answer no further questions and inform the court officer. If the answer to question no. 2 is "Yes," please answer question no. 3 and question no. 4.

3.  What are plaintiff's total compensatory damages?

    $ 50,000.00

If you awarded any compensatory damages, proceed to question 5.
If you awarded no compensatory damages, proceed to question 4.

4.  What nominal damages, if any, do you award Lorraine Morin against Eastern Maine Medical Center?

$ ———————

**If you awarded any nominal damages, proceed to question 5.**

**If you awarded no nominal damages, answer no further questions, sign and date the verdict form.**

5. Has Plaintiff Lorraine Morin proved her claim for punitive damages by clear and convincing evidence?

YES ✓     NO _____

**If the answer to question no. 5 is "No," please answer no further questions and inform the court officer. If the answer to question no. 5 is "Yes," please answer question no. 6.**

6.  What amount do you assess as punitive damages against Defendant EMMC?

$150,000.00

Dated: 10/20/10

**SIGNATURE REDACTED**
Original on File
FOREPERSON