UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LORRAINE MORIN<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 1:09-CV-258-JAW |
| | ) |
| EASTERN MAINE MEDICAL CENTER<br>    Defendant, | )<br>)<br>) |

## JUDGMENT

This action came before the Court and a jury, the Honorable John A. Woodcock, Jr., Chief U.S. District Judge presiding over trial. The issues having been duly tried, and the jury having rendered its verdict on October 20, 2010:

JUDGMENT is hereby entered in favor of Plaintiff Lorraine Morin against Defendant Eastern Maine Medical Center in the amount of fifty thousand dollars ($50,000.00) in compensatory damages, and one hundred fifty thousand dollars ($150,000.00) in punitive damages.

                                                             LINDA L. JACOBSON
                                                             CLERK


                                    By:    /s/Jennifer L. Gray
                                                  Jennifer L. Gray
                                                  Deputy Clerk

Dated: October 21, 2010