UNITED STATES DISTRICT COURT
DISTRICT OF MAINE


LORRAINE MORIN                      )
    Plaintiff,                      )
                                    )
v.                                  )   Civil No. 1:09-CV-258-JAW
                                    )
EASTERN MAINE MEDICAL CENTER        )
    Defendant,                      )


<u>JUDGMENT</u>


       This action came before the Court and a jury, the Honorable John A. Woodcock, Jr.,

Chief U.S. District Judge presiding over trial. The issues having been duly tried, and the jury

having rendered its verdict on October 20, 2010:

       JUDGMENT is hereby entered in favor of Plaintiff Lorraine Morin against Defendant

Eastern Maine Medical Center in the amount of fifty thousand dollars ($50,000.00) in

compensatory damages, and one hundred fifty thousand dollars ($150,000.00) in punitive

damages.

                                   LINDA L. JACOBSON
                                   CLERK


                    By:    <u>/s/Jennifer L. Gray</u>
                            Jennifer L. Gray
                            Deputy Clerk

Dated: October 21, 2010