# United States Court of Appeals
## For the First Circuit

No. 11-1439

LORRAINE MORIN

Plaintiff - Appellee

v.

EASTERN MAINE MEDICAL CENTER

Defendant - Appellant

**JUDGMENT**

Entered: October 20, 2011
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulated motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/Margaret Carter, Clerk.

cc:
Joseph M. Bethony
Edward W. Gould
George C. Schelling
Arthur J. Greif
Julie D. Farr