# United States Court of Appeals
## For the First Circuit

No. 11-1439

LORRAINE MORIN

Plaintiff - Appellee

v.

EASTERN MAINE MEDICAL CENTER

Defendant - Appellant

**MANDATE**

Entered: October 20, 2011

In accordance with the judgment of October 20, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Joseph M. Bethony
Julie D. Farr
Edward W. Gould
Arthur J. Greif
George C. Schelling